UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN WILLIAMS,

      Plaintiff,

v.

      Case No.: 2:20-cv-12927-MAG-KGA

RIPTIDE RIDE, LLC,

      Defendant.
_____/

## STIPULATION AND ORDER TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)

Plaintiff, Steven Williams ("Williams"), and Defendant Riptide Ride, LLC ("Riptide Ride"), by and through their respective undersigned counsel, hereby stipulate, agree and jointly request that the Court issue its order as follows:

WHEREAS, Williams commenced the instant action by filing a complaint on October 30, 2020, in the United States District Court Eastern District of Michigan Southern Division (ECF No. 1);

WHEREAS, Plaintiff filed an Amended Complaint in this matter on November 2, 2020 (ECF No.2);

WHEREAS, the incident of alleged injury which forms the basis of Williams' Complaint took place in Michigan's Upper Peninsula in Munising, Alger County, Michigan;

WHEREAS, the Parties have met and conferred and agree that a transfer of this action to the United States District Court Western District of Michigan Northern Division is appropriate;

WHEREAS, 28 U.S.C. § 1404(a) permits a district court, in the interest of justice, to transfer a case to another district where venue is proper, or to any district or division to which all parties have consented. Further, upon motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the

discretion of the court, from the division in which pending to any other division in the same district.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that this matter should be transferred to the Western District of Michigan Northern Division.

IT IS FURTHER STIPULATED AND AGREED:

1. The parties hereby jointly request that the Court issue its order approving and implementing this stipulation upon the filing of this stipulation without further motion, hearing and/or other proceedings;

2. That the Court's order incorporating or otherwise implementing and consistent with the terms of this stipulation shall be effective immediately upon issuance.

SO ORDERED.

Dated: November 18, 2020
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

IT IS SO STIPULATED.

Dated: November 18, 2020

Respectfully submitted,

O'BRYAN BAUN KARAMANIAN

HOWARD LAW GROUP

/s/ Gary Wm. Baun
Gary W. Baun (MI Bar No. 28758)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 463
Birmingham, MI 489009
(248) 258-6262
gbaun@obryanlaw.net

/s/
William D. Howard (MI Bar No. P36886)
Attorneys for Defendant
25 Ionia Avenue SW, Suite 230
Grand Rapids, Michigan  49503
(616) 235-6000
bhoward@howardlawgr.com

2